AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PAYNE, JAMES H. | DISTRICT COURT - EASTERN OKLA | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

201 U.S. COURTHOUSE
P.O. BOX 2459
MUSKOGEE, OKLAHOMA 74402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PAYNE, JAMES H.** | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 750-775 ACRE FARM - Stonewall Co., TX (1/8 interest) | B | Rent | L | W | | | | | |
| 2. BANCFIRST Muskogee, OK | B | Interest | M | T | | | | | |
| 3. COMMERCIAL REAL ESTATE - Muskogee, OK (30% int) | A | Rent | L | W | | | | | |
| 4. EDWARD D. JONES CO - MONEY MARKET | A | Interest | J | T | | | | | |
| 5. SUN LIFE/POLARIS VARIABLE ANNUITY fka Anchor Nat'l | E | Dividend | K | T | | | | | |
| 6. AMERICAN HIGH INCOME TRUST FUND A MUTUAL FUND | A | Dividend | K | T | Sold (part) | 10/21/14 | J | A | * See Part VIII |
| 7. AMERICAN MUTUAL FUND CL A | A | Dividend | J | T | | | | | |
| 8. EDISON INT'L COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. PEPSICO COMMON STOCK | D | Dividend | N | T | | | | | |
| 10. YUM BRANDS COMMON STOCK (formerly Tricon Global) | C | Dividend | M | T | | | | | |
| 11. AT&T STOCK | C | Dividend | L | T | | | | | |
| 12. AMERFUND AMCAP FUND CL A MUTUAL FUND | A | Dividend | J | T | Sold (part) | 10/21/14 | J | A | * See Part VIII |
| 13. AMERFUND WASHINGTON MUTUAL INVESTORS MUTUAL FUND | A | Dividend | K | T | Sold (part) | 10/21/14 | J | A | * See Part VIII |
| 14. AMERFUND EUROPACIFIC GROWTH CL A MUTUAL FUND | A | Dividend | J | T | Sold (part) | 10/21/14 | J | A | * See Part VIII |
| 15. ML BANK DEPOSIT MONEY MARKET | A | Interest | K | T | | | | | |
| 16. BLACKROCK MUNIHOLDINGS II | A | Dividend | J | T | | | | | |
| 17. BLACKROCK GLOBAL ALLOCATION FD INC A | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. AMERFUND CAPITAL WORLD GROWTH & INCOME FUND CL A MUTUAL FUND | A | Dividend | J | T | Sold (part) | 10/21/14 | J | A | * See Part VIII |
| 19. AMERFUND NEW PERSPECTIVE FUND CL A MUTUAL FUND | A | Dividend | J | T | Sold (part) | 10/21/14 | J | A | * See Part VIII |
| 20. MFS TOTAL RETURN B MUTUAL FUND | A | Dividend | K | T | | | | | |
| 21. OIL & GAS LEASE, KENT CO., TX | B | Royalty | J | T | | | | | |
| 22. AMERICAN FDS DEVELOPING WORLD GROWTH & INCOME FUND CLA (X) | A | Dividend | J | T | Buy | 10/21/14 | J | | * See Part VIII |
| 23. BOND FUND OF AMERCA CLA (X) | A | Dividend | K | T | Buy | 10/21/14 | J | | * See Part VIII |
| 24. CAPITAL WORLD BOND FUND CLA (X) | A | Dividend | J | T | Buy | 10/21/14 | J | | * See Part VIII |
| 25. INTERMEDIATE BOND FUND OF AMERICA CLA (X) | A | Dividend | J | T | Buy | 10/21/14 | J | | * See Part VIII |
| 26. NEW WORLD FUND CLA (X) | A | Dividend | J | T | Buy | 10/21/14 | J | | * See Part VIII |
| 27. SMALLCAP WORLD FUND CLA (X) | A | Dividend | J | T | Buy | 10/21/14 | J | | * See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* VII (D)(2)
   THE FOLLOWING WERE INADVERTENTLY OMITTED FROM THE 2014 FINANCIAL DISCLOSURE REPORT:


6 10/21/2014  AMERICAN HIGH INCOME TRUST FUND A MUTUAL FUND
   SOLD (part)  TO:
23   BOND FUND OF AMERICA CLA

-----


12 10/21/2014  AMCAP FUND CLA
   SOLD (part)  TO:
24   CAPITAL WORLD BOND FUND CLA

-----


13 10-21/2014  AMERFUND WASHINGTON MUTUAL INVESTORS MUTUAL FUND
   SOLD (part)  TO:
23    BOND FUND OF AMERICA CLA
24   CAPITAL WORLD BOND FUND CLA

-----


14 10/21/2014  AMERFUND EUROPACIFIC GROWTH CLA MUTUAL FUND
   SOLD (part)  TO:
24   CAPITAL WORLD BOND FUND CLA

-----


18 10/21/2014  AMERFUND CAPITAL WORLD GROWTH & INCOME FUND CLA
   SOLD (part)  TO:
23   BOND FUND OF AMERICA CLA
25   INTERMEDIATE BOND FUND OF AMERICA CLA

-----


19 10/21/2014  AMERFUND NEW PERSPECTIVE FUND CLA
   SOLD (part)  TO:
22   AMERICAN FDS DEVELOPING WORLD GROWTH & INCOME FUND CLA
24   CAPITAL WORLD BOND FUND CLA
26   NEW WORLD FUND CLA
27   SMALLCAP WORLD FUND CLA

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ JAMES H. PAYNE

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544